In the Matter of BEATRICE CHRISTIE et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and JAMES ALLEYNE, Intervener-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the Accounting of BANKERS TRUST COMPANY, as Trustee under the Will of SIGMUND H. LEHMAN, Deceased, Appellant.— It is our opinion that the discretion of the lower court was not improvidently exercised on the facts presented. The will creating the testamentary trust was probated in Surrogate's Court. Two intermediate accounts covering a period of more than twenty years have been judicially settled in that court. The orderly administration of justice makes it desirable that in the absence of good cause shown the trustee of a testamentary trust should continue to account in the Surrogate's Court. Orders unanimously affirmed. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

JOLY P. HARTERT, Respondent, v. DAVID COLEMAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of EVELYN MELNICK, on Behalf of Herself and as Chairman of a Tenants' Committee, and Other Tenants Similarly Situated, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of ANTHONY COLON et al., Appellants, against THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— The right to a further application at some future time having been reserved, the orders appealed from are affirmed. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.; Breitel, J., dissents and votes to dismiss on the ground that the orders are not appealable (*Matter of Ryan [Hogan]*, 306 N. Y. 11).

In the Matter of the Estate of ABEL FANCHI, Deceased. PETER FANCHI, Appellant; EMILIA FANCHI et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the Arbitration between BROADWAY-BARCLAY, INC., Respondent, and EMPIRE TRUST COMPANY et al., as Trustees, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.